IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Wallace, Sansuray

Printed: 03/10/09

Case Number: 07 B 17501
Judge: Hollis, Pamela S
Filed: 9/25/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 8, 2008
Confirmed: November 19, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 8,827.71 |  |
| Secured: |  | 3,487.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 294.14 |
| Administrative: |  | 3,200.00 |
| Trustee Fee: |  | 443.49 |
| Other Funds: |  | 1,403.08 |
| Totals: | 8,827.71 | 8,827.71 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Gregory K Stern PC | Administrative | 3,200.00 | 3,200.00 |
| 2. | GRP Financial Services Corporation | Secured | 0.00 | 0.00 |
| 3. | US Bank | Secured | 12,062.32 | 3,410.00 |
| 4. | City Of Chicago | Secured | 261.00 | 77.00 |
| 5. | GRP Financial Services Corporation | Secured | 10,944.88 | 0.00 |
| 6. | Internal Revenue Service | Priority | 3,735.58 | 294.14 |
| 7. | Internal Revenue Service | Unsecured | 80.94 | 0.00 |
| 8. | Peoples Energy Corp | Unsecured | 794.16 | 0.00 |
| 9. | AmeriCash Loans, LLC | Unsecured | 1,553.25 | 0.00 |
| 10. | Spencer Leak & Sons Inc | Unsecured |  | No Claim Filed |
| 11. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| | | | $ 32,632.13 | $ 6,981.14 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 192.20 |
| 6.5% | 251.29 |
| | $ 443.49 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Wallace, Sansuray | Case Number:  07 B 17501 |
| | Judge:  Hollis, Pamela S |
| Printed: 03/10/09 | Filed:  9/25/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: